Leslie LOMAX, Appellant,

v.

STATE of Missouri, Respondent.

No. 67674.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 3, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., KAROHL and WHITE, JJ.

ORDER

PER CURIAM.

We affirm dismissal of defendant-movant Lomax's Rule 29.15 motion because it was filed out of time, *Malone v. State,* 798 S.W.2d 149, 151 (Mo. banc 1990) *cert. denied* 500 U.S. 929, 111 S.Ct. 2044, 114 L.Ed.2d 128 (1991), and was addressed to deficiencies of appellate counsel, matters not within the rule. *Reuscher v. State,* 887 S.W.2d 588, 591 (Mo. banc 1994).

We affirm.